1  KATHLEEN MCCORMAC, Cal. Bar No. 159012
   JAMES GRANT, Cal. Bar No. 254855
2  McCORMAC & ASSOCIATES
   655 Montgomery St., Ste. 1200
3  San Francisco, CA 94111
   Telephone: (415) 399-1722
4  Facsimile: (415) 399-1733
   kmccormac@mccormaclaw.com
5  jgrant@mccormaclaw.com
   Attorneys for Plaintiff KEVIN FLOYD
6

7  JAMES T. DIXON, Cal. Bar No. 191412
   T. MERRITT BUMPASS, JR., Pro Hac Vice
8  EMILY C. FIFTAL, Pro Hac Vice
   FRANTZ WARD LLP
9  2500 Key Center
   127 Public Square
10 Cleveland, Ohio 44114
   Telephone:(216) 515-1660
11 Facsimile:  (216) 515-1650
   jdixon@frantzward.com
12 mbumpass@frantzward.com
   efiftal@frantzward.com
13 Lead Counsel for Defendant USF REDDAWAY, INC.

14 MICHAEL HOFFMAN, Cal. Bar No. 162496
   RONALD D. ARENA, Cal. Bar No. 218421
15 ARENA HOFFMAN LLP
   44 Montgomery Street, Suite 1200
16 San Francisco, CA  94104
   Telephone:    (415) 433-1414
17 Facsimile:    (415) 520-0446
   mhoffman@arenahoffman.com
18 Local Counsel for Defendant USF REDDAWAY, INC.

19
                    UNITED STATES DISTRICT COURT
20
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
21

22 | KEVIN FLOYD,                          | CASE NO.:  C 10-03164 TEH
23 |              Plaintiff,               | **STIPULATION AND [PROPOSED]
   |        vs.                            | ORDER TO PERMIT APPEARANCE AT
24 |                                       | CASE MANAGEMENT CONFERENCE
   | USF REDDAWAY, INC., et al.            | BY TELEPHONE**
25 |                                       |
   |              Defendants.              | Date:  November 29, 2010
26 |                                       | Time: 1:30 P.M.
   |                                       | Ctrm: 12
27 |                                       |
   |                                       | Hon. Thelton E. Henderson
28

**STIP AND ORDER TO PERMIT APPEARANCE AT
CASE MANAGEMENT CONFERENCE BY PHONE**            1.

1   TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD:

2          Plaintiff Kevin Floyd and Defendant USF Reddaway, Inc., through their respective counsel,

3   hereby stipulate as follows:

4          1.      The case management conference is scheduled for Monday, November 29, 2010,

5   which is the Monday immediately following the Thanksgiving holiday.  Defendant's lead counsel,

6   Emily C. Fiftal, lives in Cleveland, Ohio.  Ms. Fiftal is available to appear by telephone.

7          2.      To accommodate the holiday of Defendant's lead counsel and ease the burden and

8   expense of travel, Defendant respectfully requests that the Court permit Ms. Fiftal to appear by

9   telephone at the case management conference.

10         3.      Plaintiff stipulates that Ms. Fiftal may appear at the case management conference by

11  phone and does believe that the proceedings at the case management conference will not be

12  prejudiced.

13

14  Dated:  November 19, 2010

                                        _____/S/  *Emily C. Fiftal*_____.
15                                      EMILY C. FIFTAL
                                        FRANTZ WARD LLP
16                                      Lead Counsel for Defendant USF
                                        REDDAWAY, INC.

17

18  Dated:  November 19, 2010

                                        _____/S/  *James Grant*_____.
19                                      JAMES GRANT
                                        McCORMAC & ASSOCIATES
20                                      Counsel for Plaintiff KEVIN FLOYD

21

22                                      **ORDER**

23         Good cause showing, and pursuant to stipulation, IT IS SO ORDERED.

24

25  DATED: _11/22/10_____ ____          _____
                                        UNITED STATES _____ JUDGE
26
                                        Judge Thelton E. Henderson
27

28

ARENA HOFFMAN LLP
44 Montgomery Street
Suite 1200
San Francisco, CA  94104.4622
415.433.1414

**STIP AND ORDER TO PERMIT APPEARANCE AT
CASE MANAGEMENT CONFERENCE BY PHONE**          2.